## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

---

| | |
|---|---|
| SHIVA STEIN, | : |
| Plaintiff, | : Case No. 1:21-cv-00372-CFC |
| v. | : |
| GLU MOBILE INC., NICCOLO DE MASI, NICK EARL, ERIC BALL, ANN MATHER, HANY NADA, BENJAMIN T. SMITH, IV, GREG BRANDEAU, BEN FEDER, GABY TOLEDANO, and DARLA K. ANDERSON, | : |
| Defendants. | : |

---

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: April 21. 2021

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*
Seth D. Rigrodsky (#3147)
Gina M. Serra (#5387)
Herbert W. Mondros (#3308)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com
Email: gms@rl-legal.com
Email:hwm@rl-legal.com

*Attorneys for Plaintiff*

**OF COUNSEL:**

**MELWANI & CHAN LLP**
Gloria Kui Melwani
1180 Avenue of the Americas
New York, NY 100136
Telephone: (212) 382-4620
Email: gloria@melwanichan.com